HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAI A. GOULSBY,

        Plaintiff,

    v.

CATHY BRUNER, et al,

        Defendants.

Case No. C07-5139 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Magistrate Judge Karen L. Strombom's Report and Recommendation.

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

The record reflects that three previous Orders of the Magistrate Judge [Dkt. #'s 4, 5 and 6] have been returned as undeliverable to the plaintiff at the address on the docket. Plaintiff has an obligation to keep the Court informed of his current address and his failure to do so will result in the dismissal without prejudice of his complaint. CR 41(b)(2), Local Rules, W.D. Wash. The docket reflects that the plaintiff's mail was returned to this Court on July 5, 2007. Therefore, the Clerk shall note this matter on the Court's motions calendar for September 4, 2007. If plaintiff has not informed the Court of his new address by that date, this matter will be dismissed without prejudice.

**IT IS SO ORDERED.**

ORDER
Page - 1

1       The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
2 pro se.

3       Dated this 27th day of July, 2007.

                                        /s/ Ronald B. Leighton
                                        RONALD B. LEIGHTON
                                        UNITED STATES DISTRICT JUDGE