# United States District Court

WESTERN DISTRICT OF WASHINGTON

RAI A. GOULSBY

v.

DOUG WADDINGTON, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5139RBL/KLS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation;

2. Defendant's motion to dismiss (Dkt. #19) is **GRANTED**; and

3. Plaintiff's Amended Complaint (Dkt. #13) is **Dismissed with Prejudice**.

|  |  |
|---|---|
| August 4, 2008 | BRUCE RIFKIN |
| Date | Clerk |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |